## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JEAN FRANK PHILLIPS**                                **PLAINTIFF**

**v.**                                                 **CASE #: 1:08-cv-00291-NBB**

**LEGGETT & PLATT, INC.**                              **DEFENDANT**

## JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Neal B. Biggers, Senior U.S. District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the jury found in favor of Plaintiff.

**ORDERED AND ADJUDGED** this the ___23RD___ day of March, 2010.

                                    **DAVID CREWS, CLERK**
                                    **UNITED STATES DISTRICT COURT**

                                     (By)    s/Nita Morris, Deputy Clerk