IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEAN FRANK PHILLIPS                                                PLAINTIFF

V.                                           CIVIL ACTION NO. 1:08CV291-B-D

LEGGETT & PLATT, INC.                                         DEFENDANT

## FINAL JUDGMENT

After a jury trial and verdict in favor of the plaintiff in the above styled and numbered cause, the defendant appealed to the Court of Appeals for the Fifth Circuit which reversed and remanded to this court for entry of judgment in favor of the defendant. *See Phillips v. Leggett & Platt, Inc.*, 658 F.3d 452 (5th Cir. 2011). In accordance therewith, this court hereby enters this Final Judgment in favor of the defendant.

**SO ORDERED AND ADJUDGED** this, the 30th day of May, 2012.

                                             /s/ Neal Biggers
                                             **NEAL B. BIGGERS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**